**IT IS ORDERED as set forth below:**

**Date: September 27, 2007**

_James E. Massey_
_____
**James E. Massey**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TECTONIC NETWORK, INC., and | : | CASE NO. 05-78966 |
| TECTONIC SOLUTIONS, INC., | : | CASE NO. 05-78955 |
| | : | |
| Debtors. | : | JUDGE MASSEY |
| | : | |
| | : | (Jointly Administered Under |
| | : | CASE NO. 05-78966) |
| | : | |

## FINAL DECREE AND ORDER CLOSING CASES

WHEREAS, on October 3, 2005 (the "Petition Date"), Tectonic Network, Inc., and

Tectonic Solutions, Inc. (collectively, the "Debtors"), filed with this Court separate, voluntary

petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy

Code");

WHEREAS, on July 11, 2006, the Court entered an order (the "Confirmation

Order"; Docket No. 286) confirming the "Joint Plan of Reorganization (as modified) of

Debtors".

247849

WHEREAS, the Debtors filed their "Final Report and Application for Final Decree and Request for Order Closing Cases" on September 24, 2007 (the "Application"; Docket No. 356), and therein reported to this Court that they have substantially consummated the Confirmed Plan;

WHEREAS, Federal Rule of Bankruptcy Procedure 3022 provides for the entry of a Final Decree;

WHEREAS the United States Trustee does not oppose entry of the Final Decree or the closing of the Debtors' cases.  Accordingly, it is therefore

**ORDERED** that this Final Decree shall be effective immediately and the above-captioned cases closed without further order of this Court.

### [END OF DOCUMENT]

**Prepared and Presented By:**
LAMBERTH, CIFELLI, STOKES,
  ELLIS & NASON, P.A.
Attorneys for the Debtors

By:____/s/ Gregory D. Ellis_____
    Gregory D. Ellis
    Georgia Bar No. 245310
    gellis@lcsenlaw.com
3343 Peachtree Road NE, Suite 550
Atlanta, GA 30326
(404) 262-7373

**No Opposition to By:**
OFFICE OF THE UNITED STATES
TRUSTEE

By:_____/s/ Leroy Culton (w/express
permission by GDE)
    Leroy Culton
    Georgia Bar No. 170919
    Leroy.Culton@usdoj.gov
362 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303

**Identification of parties to be served pursuant to BLR 9013-2(b), N.D.Ga.:**

Gregory D. Ellis, Esq., Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road, N.E., East Tower, Suite 550, Atlanta, Georgia 30326

Office of the United States Trustee, 362 U.S. Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303